Certificate Number: 05781-VAE-DE-041171691

Bankruptcy Case Number: 22-32799



05781-VAE-DE-041171691

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2026, at 11:14 o'clock AM PDT, Michael Padgett completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 6, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President