Certificate Number: 05781-VAE-DE-041171694

Bankruptcy Case Number: 22-32799



05781-VAE-DE-041171694

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 6, 2026</u>, at <u>11:14</u> o'clock <u>AM PDT</u>, <u>Sherry Poarch Padgett</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:   <u>July 6, 2026</u>          By:      <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>